UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------ X
ROFE SIGUENCIA,

                 Plaintiff,

     -against-                             **20-Civ-07773-ES-CLW**

N & K INC. d/b/a TONY'S LUKOIL and
ANTONIOS GOUVANIS,

                 Defendants.
------------------------------------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Rofe Siguencia ("Plaintiff"), by his counsel Pechman Law Group PLLC, gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
       July 20, 2021

                                                **PECHMAN LAW GROUP PLLC**
                                                *Attorneys for Plaintiff*

**SO ORDERED.**                                  By: _____

_____       Louis Pechman, Esq.
**Hon. Esther Salas, U.S.D.J.**                  Laura Rodriguez, Esq.
**Dated: July 21, 2021**                          488 Madison Avenue, 17 Floor
                                                New York, NY 10022
                                                Tel.: (212) 583–9500
                                                Fax: (212) 409-8763